PEOPLE v. CLOVER FARMS CO.

(Supreme Court, Appellate Term.    January 31, 1912.)

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Actions by the People of the State of New York against the Clover Farms Company.    From six judgments for the People, defendant appeals.    Affirmed.

Argued February term, 1911, before SEABURY, PAGE, and BIJUR, JJ.

M. Kirtland, for appellant.

Thomas Carmody, Atty. Gen. (M. H. Beall, of counsel), for the People.

PER CURIAM.    Judgments affirmed, with costs, with leave to appeal to the Appellate Division, First Department.

PAGE and BIJUR, JJ., concur.

SEABURY, J. (dissenting).    I dissent, upon the ground that, if section 47 of the Agricultural Law (Consol. Laws 1909, c. 1) is to be construed to impose a penalty for the shipment of unwashed empty milk cans, which may never again be used as receptacles for milk, or, if so used again, will only be used after being cleaned, it is unconstitutional.    If it is not to be so construed, it has no application to the facts of this case.

In either view, the judgments rendered should be reversed.